UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KYLE BERMINGHAM,

    Plaintiff,

v.   Case No.  5:12-cv-37-Oc-37TBS

CITY OF CLERMONT, FLORIDA; and
STEVE GRAHAM, in his official and
individual capacities,

    Defendants.
_____/

ORDER

    Pending before the Court is Defendants, City of Clermont and Steve Graham's Unopposed Motion for an Extension of Deadline to File Response to Plaintiff's Motion for Preliminary Injunction and Request for Expedited Ruling (Doc. 13).   Pursuant to Local Rule 3.01(g), counsel for the defendants represents that the plaintiff's attorney has been contacted and has no objection to the requested extension of time.  Upon due consideration, the defendants' motion is hereby GRANTED.  The defendants shall have through February 24, 2012 within to file their response to Petitioner's Motion for Preliminary Injunction and Memorandum of Law (Doc. 2).

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on February 16, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel