UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KYLE BERMINGHAM,**

    Plaintiff,

v.                                                                   **Case No:5:12-CV-37-Oc-37PRL**

**CITY OF CLERMONT, FLORIDA and**
**STEPHEN GRAHAM**

    Defendants.
_____/

**ORDER**

This matter is before the Court on Plaintiff's Stipulated Motion to Amend Case Management and Scheduling Order. (Doc. 29). Plaintiff seeks to extend the current mediation deadline so that all parties can be deposed prior to the mediation. Defendant has agreed to the requested extension.

Upon due consideration, Plaintiff's Motion (Doc. 29) is **GRANTED**. The mediation deadline is extended until **December 31, 2012**. All other deadlines established by the Case Management and Scheduling Order (Doc. 23) remain unchanged.

**DONE** and **ORDERED** in Ocala, Florida on September 24, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties