## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**KYLE BERMINGHAM,**

      **Plaintiff,**

**v.**                                      **Case No:5:12-CV-37-Oc-37PRL**

**CITY OF CLERMONT, FLORIDA and
STEPHEN GRAHAM**

      **Defendants.**

_____

## ORDER

This matter is before the Court on Plaintiff's Amended Motion to Amend Case Management and Scheduling Order for Extension of Time on Expert Witness Designation & Report. (Doc. 34).

Pursuant to the Case Management and Scheduling Order (Doc. 23), Plaintiff's deadline for disclosure of expert reports is January 28, 2013 and Defendants' deadline is February 28, 2013. Plaintiff seeks a 60-day extension of his expert disclosure deadline due to unexpected difficulties in discovery. While the Court will grant Plaintiff some additional time, the requested extension is unworkable in light of existing case deadlines. Indeed, if the Court granted Plaintiff's requested extension, Defendant's expert disclosure deadline would also need to be extended by 30 days which would go beyond the discovery deadline.

Accordingly, Plaintiff's Motion (Doc. 34) is **GRANTED** to the extent that Plaintiff's deadline for disclosure of expert reports is extended until **February 28, 2013** and Defendant's deadline for disclosure of expert reports is extended until **March 28, 2013**.

**DONE** and **ORDERED** in Ocala, Florida on January 30, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties